UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE GIRON GUZMAN *et al*,

                        Plaintiffs,         **23 Civ. No. 10382 (JGLC) (GS)**

       -against-                              **PRE-SETTLMENT
CONFERENCE ORDER**

RAFFANNA LLC *et al*,

                        Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Wednesday, December 20, 2023 at 11:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. The parties shall comply with the undersigned's Individual Rules, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 300 048 039#.**

      SO ORDERED.

DATED:    New York, New York
               December 6, 2023

                                                             _____
                                                             GARY STEIN
                                                             United States Magistrate Judge