**MEMO ENDORSED**

# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

March 18, 2024

**MOTION FOR STAY**

**VIA ECF**
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:    Guzman and Vazquez v. Raffanna LLC, et. al.**
            **SDNY Case No.:    23 cv 10382 (JGLC)(GS)**

Dear Judge Stein,

      This case has been referred to Your Honor for general pretrial and settlement [Docket 16]. The court has held a couple telephone conferences and set this down for an in-person settlement conference next week on March 25, 2024 [Docket 21]. We are pleased to report that today the parties reached a settlement in principle and we would like to cancel all conferences pending submission of a settlement agreement for approval by the court. The parties respectfully ask the court to set a deadline by which they must file their settlement agreement and approval request for one month from today and to stay any other deadlines.

      Thank you for your consideration of this case.

                    Respectfully submitted,

                    CILENTI & COOPER, PLLC

                    /s/ Peter Hans Cooper
            By: _____
                    Peter Hans Cooper

cc:    Counsel of Record (Via ECF)

---

The parties have consented, with Judge Clarke's approval, to conduct all further proceedings before the undersigned Magistrate Judge. (Dkt. Nos. 23 & 24). Accordingly, the parties are hereby directed to file, by April 19, 2024, their settlement agreement and supporting papers for the Court's review, consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and its progeny.

In light of the parties' settlement in principle, the March 25, 2024 settlement conference is adjourned *sine die*. Further, insofar as Plaintiff's counsel's letter requests a stay of this case, that relief is DENIED. The Clerk of Court is respectfully directed to close Docket Number 22.

SO ORDERED:

/s/ Gary Stein
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2024
New York, New York